| | |
|---|---|
| Summary | |
| Land Profile | |
| Residential | |
| Commercial | |
| Improvements | |
| Permits | |
| Mapping | |
| Sketch | |
| Photo | |
| Aerial Photos | |
| Transfers | |
| BOR Status | |
| CAUV Status | |
| Tax & Payments | |
| Tax Distribution | |
| Value History | |
| Rental Contact | |
| Quick Links | |

**ParcelID:** 490-252716-00  
**OLDHAM TISHA L**

**Map-Rt:** 490-N004BC -428-00  
**5316 WINCHESTER CATHE DR**

1 of 1  
Return to Search Results

**Owner**

| | |
|---|---|
| Owner | OLDHAM TISHA L |
| Owner Address | 5316 WINCHESTER CATHEDRAL |
| | CANAL WINCHESTER OH 43110 |
| Legal Description | WINCHESTER CATHEDRAL DR |
| | MEADOWS AT WINCHESTER |
| | SECTION 9 LOT 598 |
| Calculated Acres | .14 |
| Legal Acres | 0 |
| Tax Bill Mailing | CHASE HOME FINANCE LLC |
| | |
| | 1500 SOLANA BLVD BLDG 1 |
| | ROANOKE TX 76262-1720 |
| | |
| | View Google Map |

**Actions**
- Neighborhood Sales
- Proximity Search
- Printable Version
- Custom Report Builder

**Reports**

Proximity Report  
Map Report  
Parcel Summary  
Parcel Detail

**Social Media Links**

**Most Recent Transfer**

| | |
|---|---|
| Transfer Date | JUN-05-2012 |
| Transfer Price | $132,000 |
| Instrument Type | GW |

**2016 Tax Status**

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 510 - ONE-FAMILY DWLG ON PLATTED LOT |
| Tax District | 490 - COLUMBUS-CANAL WINCHESTER LSD |
| School District | 2502 - CANAL WINCHESTER LSD |
| City/Village | COLUMBUS CITY |
| Township | |
| Appraisal Neighborhood | 07503 |
| Tax Lien | No |
| CAUV Property | No |
| Owner Occ. Credit | 2016: Yes  2017: Yes |
| Homestead Credit | 2016: No  2017: No |
| Rental Registration | No |
| Board of Revision | No |
| Zip Code | 43110 |

**2016 Current Market Value**

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 23,600 | 90,400 | 114,000 |
| TIF | | | |
| Exempt | | | |
| Total | 23,600 | 90,400 | 114,000 |
| CAUV | 0 | | |

**2016 Taxable Value**

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 8,260 | 31,640 | 39,900 |
| TIF | | | |
| Exempt | | | |
| Total | 8,260 | 31,640 | 39,900 |

**2016 Taxes**

| Net Annual Tax | Taxes Paid | CDQ |
|---:|---:|---:|
| 2,674.18 | 1,337.09 | |

**Dwelling Data**